# AFFIDAVIT OF SERVICE
State of New York      County of      Us Dist. Southern Dist. Of New York Court

Index Number: CIV5170/08 PURCHASED 6/5/08
Date Filed: _____

Plaintiff:
DAVID MIZRAHI, INDIV. AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

vs.

Defendant:
THE BEAR STERNS COMPANIES INC. ETAL

For:
Tolmage, Peskin, Harris & Falick Esq
20 Vesey Street
7th Floor
New York, NY 10007

Received by Brooklyn Process Service on the 6th day of June, 2008 at 9:00 am to be served on **THE BEAR STERNS COMPANIES INC., 320 PARK AVENUE, NEW YORK, NY**.

I, WILLEM JOSEPH, being duly sworn, depose and say that on the **16th day of June, 2008** at **1:37 pm, I:**

Served the within named corporation by delivering a true copy of the **SUMMONS AND CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT** with the date and hour of service endorsed thereon by me to DAVID PETERCSAK as VICE PRESIDENT of the within named corporation, in compliance with State Statutes.

**Description** of Person Served: Age: 48, Sex: M, Race/Skin Color: White, Height: 5'10', Weight: 180, Hair: Brown, Glasses: N

I am over the age of 18 years, am not a party to this action, and reside in the State of New York

Sworn to before me on the 17th day of June, 2008 by the affiant who is personally known to me.

Lorna Dyges
Notary Public State Of New York
No.01DY6026234
Qualified in Queens County
My Commission Expires June 14, 2011

WILLEM JOSEPH
NYC Lic #1038476

Brooklyn Process Service
D/B/A L & W Process Service
277 Broadway Suite 301
New-York, NY 10007
(212) 233-0366
Our Job Serial Number: 2008001499
Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2n

ORIGINAL