UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MIZRAHI, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and DOES 1-20,<br><br>                    Defendants. | No. 08 Civ. 5170 (UA) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant The Bear Stearns Companies Inc.

Dated: July 2, 2008
New York, New York

                                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                        By:   \s\ Lewis R. Clayton
                                                Lewis R. Clayton

                                        1285 Avenue of the Americas
                                        New York, New York  10019-6064
                                        Tel:   (212) 373-3000
                                        Fax:   (212) 757-3990
                                        Email:  lclayton@paulweiss.com

                                        *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     ) s.s.:
COUNTY OF NEW YORK   )

Ella A. Capone, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 2, 2008, I personally served true copies of the foregoing documents on the individuals listed in the attached service list:

   I.   Corporate Disclosure Statement of The Bear Stearns Companies Inc.

   II.  Notice of Appearance -- Brad S. Karp

   III. Notice of Appearance -- Lewis R. Clayton

   IV.  Notice of Appearance -- Douglas M. Pravda

3. I made such service by personally enclosing true copies of the aforementioned documents in properly addressed prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Ella A. Capone

Sworn to before me this
2ND day of July, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008

SERVICE LIST

David S. Frankel, Esq.
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036

Susan Saltzstein, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036-6522

David B. Anders, Esq.
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019

William T. Russell, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Ronald Richman, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022