UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DAVID MIZRAHI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, : : Plaintiff, : - against - : : THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, : WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, : and DOES 1-20 Defendants. | **ELECTRONICALLY FILED** 08 CV 5170 (RWS) NOTICE OF APPEARANCE |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:   New York, New York
         July 3, 2008

                                              /s/ Jay B. Kasner
                                         Jay B. Kasner
                                         SKADDEN, ARPS, SLATE,
                                           MEAGHER & FLOM LLP
                                         (jay.kasner@skadden.com)
                                         Four Times Square
                                         New York, New York 10036
                                         (212) 735-3000

                                         Attorneys for Defendant
                                            Alan D. Schwartz