UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DAVID MIZRAHI, INDIVIDUALLY AND
ON BEHALF OF ALL OTHERS SIMILARLY :  **ELECTRONICALLY FILED**
SITUATED,
                                      :   08 CV 5170 (RWS)
          Plaintiff,
                                      :
     - against -                      **NOTICE OF APPEARANCE**
                                      :
THE BEAR STEARNS COMPANIES, INC.,
JAMES E. CAYNE, ALAN D. SCHWARTZ, :
WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., ALAN C. GREENBERG, :
and DOES 1-20

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:    New York, New York
            July 3, 2008

                                                   /s/ Susan L. Saltzstein
                                           Susan L. Saltzstein
                                           SKADDEN, ARPS, SLATE,
                                             MEAGHER & FLOM LLP
                                           (susan.saltzstein@skadden.com)
                                           Four Times Square
                                           New York, New York 10036
                                           (212) 735-3000

                                           Attorneys for Defendant
                                             Alan D. Schwartz