Jill L. Goldberg, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000
*Attorneys for Defendant Alan C. Greenberg*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MIZRAHI, individually and on behalf of all others similarly situated, | |
| Plaintiff, | No.: 1:08-cv-05170 (RWS) |
| v. | **NOTICE OF APPEARANCE** |
| THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and DOES 1-20, | |
| Defendants. | |

10705873.1

**PLEASE TAKE NOTICE** that the law firm of Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, hereby appears as counsel for defendant Alan C. Greenberg, in this action. Copies of all future pleadings, papers and communications should be served on the undersigned at the address listed below.

Dated: New York, New York
July 9, 2008

SCHULTE ROTH & ZABEL LLP

By: /s/ Jill L. Goldberg
    Jill L. Goldberg

jill.goldberg@srz.com
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955
*Attorneys for Defendant Alan C. Greenberg*

10705873.1

## CERTIFICATE OF SERVICE

I, Meredith W. Nachman, an attorney associated with the firm Schulte Roth & Zabel LLP, do hereby certify that on July 9, 2008, I caused to be served, by first class mail, the Notice of Appearance for Jill L. Goldberg, upon the following:

Barry H. Berke, Esq.
David S. Frankel, Esq.
Jeremy R. Saks, Esq.
Stephen M. Sinaiko, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Lawrence B. Pedowitz, Esq.
David B. Anders, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019

Michael Chepiga, Esq.
William T. Russell, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Dated: New York, New York
July 9, 2008

_____
MEREDITH W. NACHMAN

10705873.1