



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MIZRAHI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and DOES 1-20,<br><br>Defendants. | No. 08 Civ. 5170 (UA) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS the complaint in *Mizrahi v. The Bear Stearns Companies Inc., et al.* was filed on June 5, 2008;

WHEREAS the above-captioned action raises similar allegations under ERISA as ten actions previously filed in this District (the "Prior Actions"), and has been referred to Judge Sweet as possibly related to *Howard v. The Bear Stearns Companies Inc., et al.* (No. 08 Civ. 2804 (RWS)), the first-filed of the Prior Actions;

WHEREAS pending motions to consolidate the Prior Actions and for appointment of interim lead plaintiff and lead counsel in the Prior Actions are fully briefed and have been argued before Judge Sweet;

WHEREAS the parties to the above-captioned action agree that the above-captioned action would properly be consolidated with the Prior Actions if the motion to consolidate the Prior Actions is granted;

WHEREAS, on May 6, 2008, Judge Sweet so ordered a stipulation and order that relieves defendants of any obligation to answer, move against, or otherwise

1

respond to the individual complaints in the Prior Actions, pending resolution of the motions to consolidate and appoint interim lead plaintiff and lead counsel; and

WHEREAS there have been no previous requests for an extension of time to answer, move against, or otherwise respond to the complaint in the above-captioned action;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action, as follows:

1. Defendants shall have no obligation to answer, move against, or otherwise respond to – and are hereby expressly relieved from answering, moving against, or otherwise responding to – the complaint in the above-captioned action pending resolution of the motions to consolidate the Prior Actions and appoint interim lead plaintiff and lead counsel in the Prior Actions.

2. If the motion to consolidate the Prior Actions is granted, lead counsel for the plaintiffs and counsel for the defendants shall confer on a schedule for the filing of a consolidated amended complaint and for any response to that complaint.

3. Nothing herein shall be deemed to constitute a waiver of any defenses in this action. Defendants reserve all arguments and defenses in the above-captioned action.

Dated: July __, 2008
New York, New York

                        TOLMAGE PESKIN HARRIS & FALICK

                        By: _____
                            Stephan H. Peskin (stephanpeskin@yahoo.com)

                        20 Vesey Street
                        New York, NY 10007
                        Tel.  (212) 964-1390
                        Fax  (212) 608-4959

                        Brian Strange
                        Gretchen Carpenter
                        David Swift
                        STRANGE & CARPENTER
                        12100 Wilshire Blvd., 19th Floor
                        Los Angeles, CA 90025
                        Tel.  (310) 207-5055
                        Fax  (310) 826-3210

                        *Attorneys for Plaintiff David Mizrahi*

                        PAUL, WEISS, RIFKIND, WHARTON &
                        GARRISON LLP

                        By: _____
                            Brad S. Karp (bkarp@paulweiss.com)
                            Lewis R. Clayton (lclayton@paulweiss.com)

                        1285 Avenue of the Americas
                        New York, New York 10019-6064
                        Tel.  (212) 373-3000
                        Fax  (212) 757-3980

                        Paul J. Ondrasik, Jr.
                        STEPTOE & JOHNSON LLP
                        1330 Connecticut Avenue, NW
                        Washington, DC 20036
                        Tel.  (202) 429-8088
                        Fax  (202) 429-3902

                        *Attorneys for Defendants The Bear Stearns Companies Inc.*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ David S. Frankel
    Barry H. Berke (bberke@kramerlevin.com)
    David S. Frankel (dfrankel@kramerlevin.com)

1177 Avenue of the Americas
New York, New York 10036
Tel.  (212) 715-9100
Fax  (212) 715-8000

*Attorneys for Defendant James E. Cayne*


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: _____
    Jay Kasner (jay.kasner@skadden.com)
    Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.  (212) 735-3000
Fax  (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*


SIMPSON THACHER & BARTLETT LLP

By: _____
    Michael Chepiga (mchepiga@stblaw.com)
    William T. Russell (wrussell@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.  (212) 455-2000
Fax  (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

4

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____
    Barry H. Berke (bberke@kramerlevin.com)
    David S. Frankel (dfrankel@kramerlevin.com)

1177 Avenue of the Americas
New York, New York 10036
Tel.  (212) 715-9100
Fax  (212) 715-8000

*Attorneys for Defendant James E. Cayne*


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: /s/ Susan Saltzstein
    Jay Kasner (jay.kasner@skadden.com)
    Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.  (212) 735-3000
Fax  (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*


SIMPSON THACHER & BARTLETT LLP

By:_____
    Michael Chepiga (mchepiga@stblaw.com)
    William T. Russell (wrussell@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.  (212) 455-2000
Fax  (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

4

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By:_____
    Barry H. Berke (bberke@kramerlevin.com)
    David S. Frankel (dfrankel@kramerlevin.com)

1177 Avenue of the Americas
New York, New York 10036
Tel.  (212) 715-9100
Fax  (212) 715-8000

*Attorneys for Defendant James E. Cayne*


SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____
    Jay Kasner (jay.kasner@skadden.com)
    Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.  (212) 735-3000
Fax  (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*


SIMPSON THACHER & BARTLETT LLP

By: /s/ William T. Russell
    Michael Chepiga (mchepiga@stblaw.com)
    William T. Russell (wrussell@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.  (212) 455-2000
Fax  (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*

4

SCHULTE ROTH & ZABEL LLP

By:____________________________________
Ronald Richman (ronald.richman@srz.com)
Alan Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York 10022
Tel. (212) 756-2000
Fax (212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*

WACHTELL, LIPTON, ROSEN & KATZ

By:____________________________________
Lawrence B. Pedowitz (LBPedowitz@wlrk.com)
David B. Anders (DBAnders@wlrk.com)

51 West 52nd Street
New York, New York 10019
Tel. (212) 403-1000
Fax (212) 403-2000

*Attorneys for Defendant Warren J. Spector*

SO ORDERED:

____________________________________
United States District Judge

SCHULTE ROTH & ZABEL LLP

By: _____
    Ronald Richman (ronald.richman@srz.com)
    Alan Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York 10022
Tel.  (212) 756-2000
Fax  (212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*


WACHTELL, LIPTON, ROSEN & KATZ

By: *[signature]*
    Lawrence B. Pedowitz (LBPedowitz@wlrk.com)
    David B. Anders (DBAnders@wlrk.com)

51 West 52nd Street
New York, New York 10019
Tel.  (212) 403-1000
Fax  (212) 403-2000

*Attorneys for Defendant Warren J. Spector*


SO ORDERED:

*[signature]*
United States District Judge
7-9-08

5