

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID MIZRAHI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and DOES 1-20<br><br>Defendants. | Case No.: 08 CIV 5170<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER GRANTING ADMISSION OF BRIAN R. STRANGE PRO HAC VICE ON WRITTEN MOTION**<br><br>Action Filed on June 5, 2008 |

Upon the motion of Stephan H. Peskin, attorney for Plaintiff David Mizrahi, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

> Brian R. Strange
> Strange & Carpenter
> 12100 Wilshire Blvd., Suite 1900
> Los Angeles, California 90025
> Tel: (310) 207-5055
> Fax: (310) 826-3210
> lacounsel@earthlink.net

is admitted to practice *pro hac vice* as counsel for Plaintiff David Mizrahi in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

DATED: 7/15/08

United States District/~~Magistrate~~ Judge
**LAURA TAYLOR SWAIN U.S.D.J.**
Part I